Opinion by McClellan, J.

---

## Curtis v. The State.

APPEAL from Lauderdale Circuit Court.

Tried before the Hon. THOS. R. ROULHAC.

JOHN T. ASHCRAFT, for appellant.

WM. C. FITTS, Attorney-General, for the State.

The appellant was indicted, tried and convicted of bastardy. Affirmed.
Opinion by COLEMAN, J.